[No. 7611–0–II.  Division Two.  April 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
P. HEINTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–1–01920–8, Robert H. Peterson, J., entered
February 15, 1984. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 14092–2–I.  Division One.  April 21, 1986.]

CHARLES W. FARMER, ET AL, *Respondents,* v. MARY
ALICE BLAKE, *Individually and as Executrix,*
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83–2–01813–5, Gerald L. Knight, J.,
entered November 22, 1983. *Affirmed* by unpublished opin-
ion per Ringold, A.C.J., concurred in by Coleman and
Webster, JJ.

[No. 16900–9–I.  Division One.  April 21, 1986.]

HARRY D. LAWSON, *Appellant,* v. THE BOARD
OF PODIATRY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–06208–6, Shannon Wetherall, J., entered
August 5, 1985. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Webster, J., and Johnsen, J. Pro
Tem.